█ In the Matter of MARY CRUGNALE, an Infant, by PATSY CRUGNALE, Her Parent and Natural Guardian, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Order unanimously affirmed, with costs. (See *Matter of Murray*

v. *City of New York,* 30 N Y 2d 113.) (Appeal from order of Niagara Special Term granting leave to file notice of claim.) Present — Goldman, P. J., Del Vecchio, Marsh, Moule and Cardamone, JJ.